■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN A. BARBER, Appellant.—Judgment unanimously affirmed. Memorandum: From our review of the record, we conclude that the People presented sufficient evidence to corroborate the unsworn testimony of the infant victim, as required by CPL 60.20 (3), to sustain defendant's conviction of sexual abuse in the first degree and sodomy in the first degree (see, People v McGuire, 152 AD2d 945, lv denied 74 NY2d 849). We further conclude that the trial court properly sentenced defendant to consecutive sentences for sexual abuse and sodomy because these crimes constitute discrete and separate crimes (see, People v Tarnowski, 148 AD2d 1001, lv denied 74 NY2d 669; People v Alvarez, 135 AD2d 543, 544, lv denied 71 NY2d 892; People v Telford, 134 AD2d 632, 633, lv denied 71 NY2d 903; see also, People v Keindl, 68 NY2d 410, 420-421, rearg denied 69 NY2d 823).

We have reviewed defendant's remaining contentions and find them to be without merit. (Appeal from judgment of Ontario County Court, Reed, J.—sodomy, first degree.) Present —Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALLAS SIMON, Appellant.—Judgment unanimously affirmed. Memorandum: When the prosecutor timely announced the People's readiness for trial on the record, he satisfied his obligation under CPL 30.30 (see, People v Giordano, 56 NY2d 524, 525, affg 81 AD2d 1003; see also, People v Kendzia, 64 NY2d 331). Thereafter, the court granted defendant's motion to sever the counts in the indictment and try each robbery count separately. The prosecutor's subsequent inability, on a single occasion, to specify which count of the indictment would be tried first did not negate the People's readiness on all counts of the indictment. Accordingly, defendant's motion to dismiss the indictment pursuant to CPL 30.30 was properly denied.

We further conclude that the trial court did not abuse its discretion in its Sandoval ruling (see, People v Sandoval, 34 NY2d 371, 375). (Appeal from judgment of Monroe County Court, Celli, J.—robbery, second degree.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.